UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _11-12-25_

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                 - v. -

SHAWN ALLISON,

                      Defendant.

------------------------------------------------------------x

25-CR-00511 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Sentencing set for December 18, 2025, is adjourned to **January 15, 2026,** at **3:30 p.m.**

**SO ORDERED.**

Dated:      **New York, New York**
             **November 12, 2025**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**